# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBARRON J. EDWARDS,<br><br>                Petitioner,<br><br>     v.<br><br>W.L. MONTGOMERY, Warden,<br><br>                Respondent. | Case No. LACV 15-8406-JAK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

      To the extent Petitioner attempts to raise new claims in his Objections, this Court declines to consider the belatedly-asserted arguments. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation.[1] Although Petitioner is pro se, he nevertheless had the opportunity to include all of his allegations at an earlier time, but failed to do so. Moreover, Petitioner's claims are not novel claims in an unsettled area of law.[2] Otherwise, Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

---

[1] See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002).
[2] See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: May 25, 2017

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE