**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEBARRON J. EDWARDS,<br><br>       Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>       Respondent. | Case No. LACV 15-8406-JAK (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 25, 2017

              HONORABLE JOHN A. KRONSTADT
              UNITED STATES DISTRICT JUDGE